NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH KEENE MOORE,         )
          )
      Appellant,     )
          )
v.          )     Case No. 2D18-2443
          )
STATE OF FLORIDA,         )
          )
      Appellee.     )
          )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne Durden, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and BADALAMENTI, JJ., Concur.